UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

MOBARIZ SEDIQI #A068-141-888                CIVIL ACTION NO. 1:25-CV-01699

                                            SEC P

VERSUS                                      JUDGE EDWARDS

U S IMMIGRATION & CUSTOMS                   MAG. JUDGE PEREZ-MONTES
ENFORCEMENT

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed,

IT IS ORDERED, ADJUDGED, AND DECREED that Mobariz Sediqi's petition is GRANTED and that Sediqi be RELEASED under appropriate conditions.

ALEXANDRIA, LOUISIANA, this 15th day of July, 2026.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE